# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF ILLINOIS
# SPRINGFIELD DIVISION

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA, <br> and THE STATES OF CALIFORNIA, <br> DELAWARE, ILLINOIS, INDIANA, <br> MASSACHUSETTS, MINNESOTA, <br> MONTANA, NEVADA, NEW JERSEY, <br> NORTH CAROLINA, RHODE ISLAND, <br> and VIRGINIA *ex rel.* TRACY SCHUTTE <br> and MICHAEL YARBERRY, <br><br> Plaintiffs, <br><br> v. <br><br> SUPERVALU, INC., SUPERVALU <br> HOLDINGS, INC., FF ACQUISITIONS, <br> LLC, FOODARAMA, LLC, SHOPPERS <br> FOOD WAREHOUSE CORP., <br> SUPERVALU PHARMACIES, INC., <br> ALBERTSON'S, LLC, JEWEL OSCO <br> SOUTHWEST LLC, NEW ALBERTSON'S, <br> INC., AMERICAN DRUG STORES, LLC, <br> ACME MARKETS, INC., SHAW'S <br> SUPERMARKET, INC., STAR MARKET <br> COMPANY, INC. JEWEL FOOD STORES, <br> INC., and AB ACQUISITION LLC <br><br> Defendants. | § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § | No. 11-cv-03290 |

## DEFENDANTS' MOTION TO DISMISS UNDER
## FEDERAL RULES OF CIVIL PROCEDURE 12(b)(6) AND 9(b)

Defendants respectfully move to dismiss this *qui tam* action for failure to state a claim under the False Claims Act, 31 U.S.C. § 3729 *et seq.*, and failure to plead any alleged fraud with particularity pursuant to Federal Rules of Civil Procedure 12(b)(6) and 9(b). Defendants are simultaneously filing a memorandum in support of this motion to dismiss.

1

Because Relators Tracy Schutte and Michael Yarberry have not met the pleading requirements of Rules 12(b)(6) and 9(b), Defendants respectfully request this Court to dismiss the entirety of Relators' First Amended Complaint with prejudice.

Dated:   January 29, 2016                    Respectfully submitted,

By: */s/ Frederick Robinson*

Frederick Robinson
NORTON ROSE FULBRIGHT US LLP
799 9th Street NW Suite 1000
Washington, DC 20001
Phone:  (202) 662-4534
Fax:  (202) 662-4643
Email:  rick.robinson@nortonrosefulbright.com
*Lead Counsel*

Selina P. Coleman
NORTON ROSE FULBRIGHT US LLP
799 9th Street NW Suite 1000
Washington, DC 20001
Phone:  (202) 662-4536
Fax:  (202) 662-4643
Email:  selina.coleman@nortonrosefulbright.com

*Counsel for Defendants*

**CERTIFICATE OF SERVICE**

    I hereby certify that on January 29, 2016, pursuant to Local Rule 5.3 and Federal Rule of Civil Procedure 5(b), that the foregoing document was filed electronically with the Clerk of the Court using the CM/ECF and served upon counsel of record.

                                                */s/ Frederick Robinson*
                                                Frederick Robinson