IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA, and THE STATES OF CALIFORNIA, DELAWARE, ILLINOIS, INDIANA, MASSACHUSETTS, MINNESOTA, MONTANA, NEVADA, NEW JERSEY, NORTH CAROLINA, RHODE ISLAND, and VIRGINIA *ex rel*. TRACY SCHUTTE and MICHAEL YARBERRY,<br><br>**Plaintiffs and Relators,**<br><br>v.<br><br>SUPERVALU, INC., SUPERVALU HOLDINGS, INC., FF ACQUISITIONS, LLC, FOODARAMA, LLC, SHOPPERS FOOD WAREHOUSE CORP., SUPERVALU PHARMACIES, INC., ALBERTSON'S, LLC, JEWEL OSCO SOUTHWEST LLC, NEW ALBERTSON'S, INC., AMERICAN DRUG STORES, LLC, ACME MARKETS, INC., SHAW'S SUPERMARKET, INC., STAR MARKET COMPANY, INC., JEWEL FOOD STORES, INC., and AB ACQUISITION LLC<br><br>**Defendants.** | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | No. 11-cv-03290 |

**STIPULATED NOTICE OF DISMISSAL**

NOW COME the Parties in this matter pursuant to Rule 41(a)(1)(A), who stipulate and agree that:

WHEREAS, Relators Michael Yarberry and Tracy Schutte ("Relators") filed their First Amended Complaint in this matter (d/e 33) on November 30, 2015 ("FAC").

WHEREAS, the FAC in part sought damages relating to Medicaid payments received by Defendants from twelve (12) Plaintiff States, twelve (12) Non-Plaintiff States, and the United States Government;

WHEREAS, Relators have determined it best to simplify this matter by voluntarily dismissing ten (10) of the Plaintiff States, Medicaid claims on behalf of ten (10) of the Non-Plaintiff States, and the United States' claim regarding its Federal Financial Participation paid in connection with these twenty (20) states;

WHEREAS, the dismissal of all these claims as to Relators Schutte and Yarberry would be with prejudice, but the dismissal of the Medicaid claims on behalf of the ten (10) Plaintiff States, the ten (10) Non-Plaintiff States, and the United States would be without prejudice as to the United States and the relevant States; and

WHEREAS, the applicable False Claims Acts' of the United States and the dismissed Plaintiff States requires these sovereigns' consent to the dismissals and these entities have so consented.[1]

NOW THEREFORE, in consideration of the foregoing premises and subject to the approval by the Court, the Parties enter into this binding Stipulated Notice of Dismissal and agree as follows:

1. Relators agree to dismiss with prejudice the following Medicaid Claims:

   a. Plaintiff States: Delaware, Indiana, Massachusetts, Minnesota, Montana, Nevada, New Jersey, North Carolina, Rhode Island, and Virginia;

   b. Non-Plaintiff States: Idaho, Iowa, Maine, Maryland, Missouri, New

---

[1] Relators' counsel has received written confirmation from the ten Plaintiff States and the United States that they consent to this dismissal without prejudice, however, these communications are privileged. If the Court desires to review these confirmations, Relators can submit them under seal for review.

Hampshire, Oregon, Pennsylvania, Vermont, and Wyoming; and,

c. The United States regarding the Federal Financial Participation paid in connection with these twenty (20) states.

2. This dismissal is without prejudice to the sovereigns identified above all of whom have consented to this dismissal.

3. All of the Relators' claims on behalf of the United States related to Medicare Part D, TriCare, and the Federal Employee Healthcare Benefit Plan, and all of Relators' claims on behalf of the United States and the States of California, Illinois, Utah, and Washington related to Medicaid are not dismissed as part of this Stipulation and shall proceed.

4. The parties reserve all rights with respect to any applications that either the Relators or the Defendants may make at the conclusion of this matter for an award of attorneys' fees and costs pursuant to 31 U.S.C. § 3730(d)(2) and (d)(4), respectively.

SO STIPULATED:

/s/ Timothy Keller
Timothy Keller
Illinois Bar No. 6225309
ASCHEMANN KELLER LLC
300 North Monroe Street
Marion, Illinois 62959-2326
Telephone:  (618) 998-9988
Facsimile:  (618) 993-2565
tkeller@quitamlaw.org

*Lead Counsel for Relators*

SO STIPULATED:

/s/ Frederick Robinson (*w/permission*)
Frederick Robinson
NORTON ROSE FULBRIGHT US LLP
799 9th Street NW, Suite 1000
Washington, D.C., 20001-4501
Telephone:  (202) 662-4534
Facsimile:  (202) 662-4643
rick.robinson@nortonrosefulbright.com

*Lead Counsel for Defendants*

**IT IS SO ORDERED.**

**ENTERED:** _____

**FOR THE COURT:**

_____
**United States District Judge**

**CERTIFICATE OF SERVICE**

I certify that on May 18, 2018, pursuant to Local Rule 5.3 and Federal Rule of Civil Procedure 5(b), this document was filed electronically with the Clerk of the Court using CM/ECF and served upon counsel of record.

/s/Timothy Keller
Timothy Keller