E-FILED
Tuesday, 26 June, 2018  09:38:48 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, and THE STATES OF CALIFORNIA, DELAWARE, ILLINOIS, INDIANA, MASSACHUSETTS, MINNESOTA, MONTANA, NEVADA, NEW JERSEY, NORTH CAROLINA, RHODE ISLAND, VIRGINIA, *ex rel*. TRACY SCHUTTE and MICHAEL YARBERRY, | ) ) ) ) ) ) ) ) | |
| Plaintiffs and Relators, | ) ) | |
| v. | ) ) | NO. 11-3290 |
| SUPERVALU, INC., SUPERVALU HOLDINGS, INC., FF ACQUISITIONS, LLC, FOODARAMA, LLC, SHOPPERS FOOD WAREHOUSE CORP., SUPERVALU PHARMACIES, INC., ALBERTSON'S LLC, JEWEL OSCO SOUTHWEST LLC, NEW ALBERTSON'S INC., AMERICAN DRUG STORES, LLC, ACME MARKETS, INC., SHAW'S SUPERMARKET, INC., STAR MARKET COMPANY. INC., JEWEL FOOD STORES, INC., and AB ACQUISITION LLC, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

ORDER

RICHARD MILLS, U.S. District Judge:

For good cause shown, the Defendants' motion for leave to file a reply in support of their motion for limited sanctions for spoliation of evidence [d/e 96] is GRANTED. The Clerk will docket and file the reply [d/e 96-1]. For good cause shown, the Relators' motion for leave to file an exhibit under seal [d/e 162] is GRANTED. The exhibits have been filed under seal and will be considered in conjunction with the Relators' opposition to Defendants' objections to the Magistrate Judge's Order [d/e 143]. For good cause shown, the Relators' first motion for leave to file exhibits under seal in connection with their first motion for summary judgment [d/e 165] is GRANTED. The exhibits have been filed under seal. The Relators' motion for leave to file exhibits under seal in connection with their second motion for partial summary judgment [d/e 170] is GRANTED. The exhibits have been filed under seal. The Defendants' motion for leave to file a memorandum in excess of local rules page limitations in support of their motion for partial summary judgment as to Medicaid claims [d/e 172] is GRANTED. The memorandum [d/e 172-1] has been filed. The Relators are granted leave to file a response that exceeds the allowed 15-page argument section limit by 15 pages. For good cause shown, the Defendants' motion for leave to file documents under seal [d/e 173] is GRANTED. The exhibits [d/e 174] have been filed and shall be

maintained under seal.  The Defendants' motion for leave to file a memorandum in excess of local page rule limitations in support of their motion for partial summary judgment as to Medicare Part D, Tricare and FEP claims [d/e 176] is GRANTED.  The memorandum [d/e 176-1] has been filed.  The Relators are granted leave to file a response that exceeds the allowed 15-page argument section by 20 pages.  For good cause shown, the Defendants' motion for leave to file documents under seal in connection with their motions to exclude expert testimony [d/e 181] is GRANTED.  The documents [d/e 182] have been filed and shall be maintained under seal.  For good cause shown, the Relators' motion for leave to file exhibits under seal in connection with their response to their motion to exclude expert testimony [d/e 189] is GRANTED.  The documents [d/e 190] have been filed and shall be maintained under seal.  For good cause shown, the Relators' motion for leave to file exhibits under seal in connection with their response to Defendants' motion for partial summary judgment as to Medicare Part D, Tricare and FEP Claims [d/e 192] is GRANTED.  For good cause shown, the Relators' motion for leave to file exhibits under seal in connection with their response to Defendants' motion for partial summary judgment as to Medicaid claims [d/e 197] is GRANTED.

ENTER: June 25, 2018

FOR THE COURT:

/s/ *Richard Mills*
Richard Mills
United States District Judge