Judgment in a Civil Case (02/11)

# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

| | |
|---|---|
| United States of America, State of California, State of Delaware, State of Illinois, State of Indiana, State of Maryland, State of Massachusetts, State of Minnesota, State of Montana, State of Nevada, State of New Hampshire, State of New Jersey, State of North Carolina, State of Rhode Island, State of Virginia, and State of Wisconsin,<br><br>Plaintiffs,<br>and<br><br>Tracy Schutte, Michael Yarberry,<br><br>Relators,<br><br>vs.<br><br>Supervalu Inc, Acme Sav-On Pharmacy, Albertsons Osco Pharmacy, Albertsons Sav-On Pharmacy, Biggs Pharmacy, Cub Pharmacy, Farm Fresh Pharmacy, Jewel Pharmacy, Jewel-Osco Pharmacy, Shaws Osco Pharmacy, Shop N Save Pharmacy, Shop N Save Osco Pharmacy, Shoppers Pharmacy, Star Osco Pharmacy, SuperValu Holdings Inc, FF Acquisitions LLC, Foodarama LLC, Shoppers Food Warehouse Corp, SuperValu Pharmacies Inc, Albertson's LLC, Jewel Osco Southwest LLC, New Albertson's Inc, American Drug Stores LLC, Acme Markets Inc, Shaw's | Case Number: 11-3290 |

| | |
|---|---|
| Supermarket Inc., Star Market Company Inc, Jewel Food Stores Inc, AB Acquisition LLC, | ) ) ) ) |
| Defendants, | ) ) |
| Dr. Cynthia Tudor, | ) ) |
| Miscellaneous Party. | ) |

## JUDGMENT IN A CIVIL CASE

☐ **JURY VERDICT.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **DECISION BY THE COURT.** This action came before the Court, and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that the Relators' and Plaintiffs' False Claims Act claims are DISMISSED and the Court relinquishes jurisdiction over the remaining state law claims pursuant to 28 U.S.C. Section 1367(c)(3).

**Dated: July 2, 2020**

s/ Shig Yasunaga
Shig Yasunaga
Clerk, U.S. District Court