IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| THE UNITED STATES OF AMERICA<br>and THE STATES OF CALIFORNIA,<br>DELAWARE, ILLINOIS, INDIANA,<br>MASSACHUSETTS, MINNESOTA,<br>MONTANA, NEVADA, NEW JERSEY,<br>NORTH CAROLINA, RHODE ISLAND,<br>and VIRGINIA<br>*ex rel.* TRACY SCHUTTE<br>and MICHAEL YARBERRY<br><br>Plaintiffs and Relators<br><br>v.<br><br>SUPERVALU, INC.,<br>SUPERVALU HOLDINGS, INC.,<br>FF ACQUISITIONS, LLC,<br>FOODARAMA, LLC,<br>SHOPPERS FOOD WAREHOUSE<br>CORP., SUPERVALU PHARMACIES,<br>INC., ALBERTSON'S, LLC,<br>JEWEL OSCO SOUTHWEST LLC,<br>NEW ALBERTSON'S, INC.,<br>AMERICAN DRUG STORES, LLC,<br>ACME MARKETS, INC.,<br>SHAW'S SUPERMARKET, INC.,<br>STAR MARKET COMPANY, INC.,<br>JEWEL FOOD STORES, INC., and<br>AB ACQUISITION LLC<br><br>Defendants | No. 11-cv-3290 |

## NOTICE OF APPEAL

Notice is hereby given that Plaintiffs United States of America, California, and Illinois by and through the Relators Tracy Schutte and Michael Yarberry and the Relators in their individual capacity hereby appeal to the United States Court of

Appeals for the Seventh Circuit from the Judgment entered by the District Court in this case on July 2, 2020 (d/e 334) dismissing Relators' and Plaintiffs' False Claims Act claims and relinquishing jurisdiction over the remaining state law claims and from the Opinion entered by the District Court in this case on July 1, 2020 (d/e 333) granting Defendants' Motions for Partial Summary Judgment (d/e 168, 175); denying Relators' Second Motion for Partial Summary Judgment relating to False Claims submitted by Defendants to Medco Health Solutions, Inc. (d/e 169); dismissing with prejudice Relators' False Claims Act claims asserted in Count I; and declining to exercise supplemental jurisdiction over and dismissing without prejudice the remaining state law claims.

Respectfully submitted,

/s/ Timothy Keller
Timothy Keller
  Illinois Bar No. 6225309
ASCHEMANN KELLER LLC
300 North Monroe Street
Marion, Illinois 62959-2326
Telephone: (618) 998-9988
Facsimile: (618) 993-2565
E-Mail: tkeller@quitamlaw.org

*Counsel of Record for Plaintiffs and Relators*

Dale J. Aschemann
  Illinois Bar No. 6269347
ASCHEMANN KELLER LLC
300 North Monroe Street
Marion, Illinois 62959-2326
Telephone: (618) 998-9988
Facsimile: (618) 993-2565
E-Mail: dale@aschlaw.org

Paul B. Martins
  Ohio Bar No. 0007623
Julie Webster Popham
  Ohio Bar No. 0059371
James A. Tate
  Ohio Bar No. 0085319
Helmer, Martins, Rice & Popham Co., L.P.A
600 Vine Street, Suite 2704
Cincinnati, Ohio 45202
Telephone: (513) 421-2400
Facsimile: (513) 421-7902
E-Mail: pmartins@fcalawfirm.com
        jpopham@fcalawfirm.com
        jtate@fcalawfirm.com

Jason M. Idell
  Texas Bar No. 24055714
Idell PLLC
6800 Westgate Blvd. Ste 132 #301
Austin, Texas 78745
Telephone: (512) 689-3081
E-Mail: jason@idellpllc.com

Glenn Grossenbacher
  Texas Bar No. 08541100
Law Office of Glenn Grossenbacher
24165 IH-10 W., Ste 217-766
San Antonio, Texas 78257-1160
Telephone: (210) 271-3888
E-Mail: gglaw@satx.rr.com

Rand J. Riklin
  Texas Bar No. 16924275
Goode Casseb Jones Riklin Choate & Watson
2122 North Main Avenue
P.O. Box 120480
San Antonio, Texas 78212-9680
Telephone: (210) 733-6030
Facsimile: (210) 733-0330
E-Mail: riklin@goodelaw.com

Gary M. Grossenbacher
  Texas Bar No. 24008972
Attorney at Law

402 Vale Street
Rollingwood, Texas 78746
Telephone: (512) 699-5436
E-Mail: gmgtex@austin.rr.com

C. Jarrett Anderson
 Texas Bar No. 00796124
Anderson LLC
1409 Wathen Avenue
Austin, TX 78703-2527
Telephone: (512) 619-4549
Facsimile: (512) 582-8545
E-Mail: jarrett@anderson-llc.com

*Attorneys for Plaintiffs and Relators*

4

## CERTIFICATE OF SERVICE

      I hereby certify that on July 9, 2020, pursuant to Local Rule 5.3 and Federal Rule of Civil Procedure 5(b), that the foregoing document was filed electronically with the Clerk of the Court using the CM/ECF system and served upon counsel of record.

                                            */s/ Timothy Keller*