Judgment in a Civil Case (02/11)

# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

| | |
|---|---|
| UNITED STATES OF AMERICA, STATE OF CALIFORNIA, STATE OF DELAWARE, STATE OF ILLINOIS, STATE OF INDIANA, STATE OF MARYLAND, STATE OF MASSACHUSETTS, STATE OF MINNESOTA, STATE OF MONTANA, STATE OF NEVADA, STATE OF NEW HAMPSHIRE, STATE OF NEW JERSEY, STATE OF NORTH CAROLINA, STATE OF RHODE ISLAND, STATE OF VIRGINIA, STATE OF WISCONSIN,<br><br>    Plaintiffs,<br>and<br><br><br>TRACY SCHUTTE, MICHAEL YARBERRY,<br><br>    Relators,<br><br><br>vs.<br><br>SUPERVALU INC, AAME SAV-ON PHARMACY, ALBERTSONS OSCO PHARMACY, ALBERTSONS SAV-ON PHARMACY, BIGGS PHARMACY, CUB PHARMACY, FARM FRESH PHARMACY, JEWEL PHARMACY, JEWEL-OSCO PHARMACY, SHAWS OSCO PHARMACY, SHOP N SAVE PHARMACY, SHOP N SAVE OSCO PHARMACY, SHOPPERS PHARMACY, STAR OSCO PHARMACY, SUPERVALU HOLDINGS, INC, FF ACQUISITIONS, LLC, FOODARAMA LLC, SHOPPERS FOOD WAREHOUSE CORP., SUPERVALU PHARMACIES, INC., ALBERTSON'S, LLC, JEWEL OSCO SOUTHWEST LLC, NEW ALBERTSON'S, INC., AMERICAN DRUG STORES, LLC, ACME MARKETS, INC., SHAW'S SUPERMARKET, INC., STAR | **Case Number: 11-3290** |

|  |  |
|---|---|
| MARKET COMPANY, INC., JEWEL FOOD STORES, INC. AB ACQUISITION LLC | ) ) ) ) |
| Defendants. | ) ) |

## JUDGMENT IN A CIVIL CASE

☒ **JURY VERDICT.** This action came before the Court for a trial by jury. The issues have been tried, and the jury has rendered its verdict.

☐ **DECISION BY THE COURT.** This action came before the Court, and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that judgment is entered on the verdict of the jury in favor of Defendants and against Relators as to Relators' and Plaintiffs' False Claims Act claims. The Relators recover nothing on their claims against Defendants.

**Dated: 3/12/2025**

SEM

Approved:   s/ Sue E. Myerscough
Sue E. Myerscough
U.S. District Judge

s/ Shig Yasunaga
Shig Yasunaga
Clerk, U.S. District Court