IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| THE UNITED STATES OF AMERICA<br>and THE STATE OF ILLINOIS ex rel.,<br>TRACY SCHUTTE and<br>MICHAEL YARBERRY,<br><br>  Plaintiffs and Relators<br><br>v.<br><br>SUPERVALU, INC., SUPERVALU<br>HOLDINGS, INC., FF ACQUISITIONS,<br>LLC, FOODARAMA, LLC, SHOPPERS<br>FOOD WAREHOUSE CORP.,<br>SUPERVALU PHARMACIES, INC.,<br>ALBERTSON'S, LLC, JEWEL OSCO<br>SOUTHWEST LLC, NEW ALBERTSON'S,<br>INC., AMERICAN DRUG STORES, LLC,<br>ACME MARKETS, INC., SHAW'S<br>SUPERMARKET, INC., STAR MARKET<br>COMPANY, INC., JEWEL FOOD<br>STORES, INC., and AB ACQUISITION<br>LLC.<br><br>  Defendants | No. 11-cv-3290-SEM |

**NOTICE OF APPEAL**

Notice is hereby given that Tracy Schutte and Michael Yarberry, individually and as relators for Plaintiffs United States of America and Illinois, appeal to the United States Court of Appeals for the Seventh Circuit from the Judgment entered by the District

Court in this case on March 12, 2025 (d/e 563) determining that Relators and Plaintiffs shall recover nothing, all adverse interlocutory orders, and from the District Court's Opinion and Order entered on October 31, 2025 (d/e 605) denying Relators' post-trial motions.

        Respectfully submitted,

        */s/ Timothy Keller*
        Timothy Keller
          Illinois Bar No. 6225309
        Dale J. Aschemann
          Illinois Bar No. 6269347
        Roderick Throgmorton
          Illinois Bar No. 6339752
        Aschemann Keller LLC
        300 North Monroe Street
        Marion, Illinois 62959-2326
        Telephone: (618) 998-9988
        Facsimile: (618) 993-2565
        E-Mail: tkeller@quitamlaw.org
           dale@aschlaw.org
           rthrogmorton@quitamlaw.org

        James A. Tate
          Ohio Bar No. 0085319
        Julie Webster Popham
          Ohio Bar No. 0059371
        Helmer, Martins, Tate & Garrett Co., L.P.A
        1745 Madison Rd.
        Cincinnati, Ohio 45206
        Telephone: (513) 421-2400
        Facsimile: (513) 421-7902

E-Mail: jtate@fcalawfirm.com
jpopham@fcalawfirm.com

Glenn Grossenbacher
  Texas Bar No. 08541100
Law Office of Glenn Grossenbacher
17 Derecho Way
Hot Springs Village, Arkansas,
  71909
Telephone: (210) 325-3887
E-Mail: gglaw@satx.rr.com

Rand J. Riklin
  Texas Bar No. 16924275
Goode Casseb Jones Riklin
  Choate & Watson
2122 North Main Avenue
P.O. Box 120480
San Antonio, Texas 78212-9680
Telephone: (210) 733-6030
Facsimile: (210) 733-0330
E-Mail: riklin@goodelaw.com

Gary M. Grossenbacher
  Texas Bar No. 24008972
402 Vale Street
Rollingwood, Texas 78746
Telephone: (512) 699-5436
E-Mail: gmgtex@austin.rr.com

Jason M. Idell
  Texas Bar No. 24055714
Idell PLLC
6800 Westgate Blvd. Ste 132 #301
Austin, Texas 78745
Telephone: (512) 689-3081
E-Mail: jason@idellpllc.com

        G. Patrick Murphy
         Illinois Bar No. 1994484
        Murphy & Murphy LLC
        3415 Office Park Drive, Suite D
        Marion, IL 62959
        Telephone: (618) 248-3236
        E-Mail: efile@murphymurphyllc.com

        *Attorneys for Plaintiffs-Relators*

## CERTIFICATE OF SERVICE

    I hereby certify that on November 26, 2025, pursuant to Local Rule 5.3 and Federal Rule of Civil Procedure 5(b), that the foregoing document was filed electronically with the Clerk of Court using the CM/ECF system and served upon counsel.

        */s/Timothy Keller*