# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF ILLINOIS
# SPRINGFIELD DIVISION

| | |
|---|---|
| THE UNITED STATES OF AMERICA, and THE STATES OF CALIFORNIA, DELAWARE, ILLINOIS, INDIANA, MASSACHUSETTS, MINNESOTA, MONTANA, NEVADA, NEW JERSEY, NORTH CAROLINA, RHODE ISLAND, and VIRGINIA ex rel. TRACY SCHUTTE and MICHAEL YARBERRY, <br><br> Plaintiffs-Relators, <br> v. <br><br> SUPERVALU, INC., SUPERVALU HOLDINGS, INC., FF ACQUISITIONS, LLC, FOODARAMA, LLC, SHOPPERS FOOD WAREHOUSE CORP., SUPERVALU PHARMACIES, INC., ALBERTSON'S, LLC, JEWEL OSCO SOUTHWEST LLC, NEW ALBERTSON'S, INC., AMERICAN DRUG STORES, LLC, ACME MARKETS, INC., SHAW'S SUPERMARKET, INC., STAR MARKETS COMPANY, INC., JEWEL FOOD STORES INC., and AB ACQUISITION LLC, <br><br> Defendants. | CASE NO. 11-CV-03290 |

## DEFENDANTS' NOTICE OF CONDITIONAL CROSS-APPEAL

Defendants hereby give notice of their conditional cross-appeal to the United States Court of Appeals for the Seventh Circuit from the following:

- The opinion and order dated August 5, 2019, granting Plaintiffs-Relators' motion for partial summary judgment (Dkt. 301);

- The opinion and order dated September 30, 2024, granting in part and denying in part Plaintiffs-Relators' motions for partial summary judgment and denying Defendants' motion for summary judgment (Dkt. 437);

- The judgment entered on March 12, 2025 following the jury's verdict ("Judgment"), including (without limitation) the jury's finding as to scienter (Dkts. 556, 563);

- The opinion and order entered on October 31, 2025, denying Defendants' post-Judgment motion under Rule 50 and denying Plaintiffs-Relators' post-Judgment motion under Rule 59 (Dkt. 605).

Defendants also appeal from any and all adverse rulings incorporated in, antecedent to, or ancillary to the Judgment; and from any and all adverse orders, judgments, decrees, rulings, and opinions that merged into and became part of the Judgment, that shaped the Judgment, that are related to the Judgment, or upon which the Judgment is based, including (without limitation) all evidentiary and instructional rulings before and during the course of the jury trial.

This Notice of Cross-Appeal follows the Notice of Appeal filed on November 26, 2025, by Plaintiffs-Relators Tracy Schutte and Michael Yarberry (Dkt. 606).

DATED: December 4, 2025

Respectfully submitted,

By: /s/ *Enu Mainigi*
Enu Mainigi, *Lead Counsel*
Craig Singer
Jennifer Wicht
A. Joshua Podoll
Annie Showalter
Kimberly Broecker
WILLIAMS & CONNOLLY LLP
680 Maine Ave, SW
Washington, DC 20024
Telephone: (202) 434-5000
Facsimile: (202) 434-5029
emainigi@wc.com
csinger@wc.com
jwicht@wc.com
apodoll@wc.com
ashowalter@wc.com
kbroecker@wc.com

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I certify that on December 4, 2025, in accordance with Local Rule 5.3 and Federal Rule of Civil Procedure 5(b), this document was filed electronically with the Clerk of the Court using CM/ECF and served upon counsel of record.

/s/ *Enu Mainigi*
Enu Mainigi